NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

---

2018-2431

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00058.

---

## JUDGMENT

---

DONALD LEE JACKSON, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant.  Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, Etheridge Law Group, Southlake, TX.

THEODORE M. FOSTER, Haynes and Boone, LLP, Dallas, TX, argued for appellee.  Also represented by DAVID L. MCCOMBS, DEBRA JANECE MCCOMAS; DINA BLIKSHTEYN, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 5, 2023 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |